| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(For Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Angela Dawn Dyches<br>21901 US Hwy 301 N<br>Statesboro, GA 30461 | **DEFENDANTS**<br>Title Max of Georgia, Inc.<br>190 Northside Dr., E.<br>Statesboro, GA 30458 |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Evelyn S. Hubbard 373325<br>Evelyn S. Hubbard, Atty at Law<br>106 E. Ogeechee Street<br>P.O. Box 1704<br>Sylvania, GA 30467-1407<br>912-564-7421 Fax: 912-564-2746 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>[X] Debtor    [ ] U.S. Trustee/Bankruptcy Admin<br>[ ] Creditor    [ ] Other<br>[ ] Trustee | **PARTY** (Check One Box Only)<br>[ ] Debtor    [ ] U.S. Trustee/Bankruptcy Admin<br>[X] Creditor    [ ] Other<br>[ ] Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
- [X] 11-Recovery of money/property - §542 turnover of property
- [ ] 12-Recovery of money/property - §547 preference
- [ ] 13-Recovery of money/property - §548 fraudulent transfer
- [ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
- [ ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
- [ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
- [ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
- [ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
- [ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- [ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- [ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
- [ ] 61-Dischargeability - §523(a)(5), domestic support
- [ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
- [ ] 63-Dischargeability - §523(a)(8), student loan
- [ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- [ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
- [ ] 71-Injunctive relief - imposition of stay
- [ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
- [ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- [ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- [ ] 01-Determination of removed claim or cause

**Other**
- [ ] SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
- [ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

[ ] Check if this case involves a substantive issue of state law    [ ] Check if this is asserted to be a class action under FRCP 23

[ ] Check if a jury trial is demanded in complaint    Demand $

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>Angela Dawn Dyches ||| BANKRUPTCY CASE NO.<br>14-60525-EJC |
| DISTRICT IN WHICH CASE IS PENDING<br>Southern District of Georgia || DIVISION OFFICE<br>Statesboro | NAME OF JUDGE<br>Edward J. Coleman |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Evelyn S. Hubbard<br>Evelyn S. Hubbard 373325 ||||
| DATE<br>10/01/2014 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Evelyn S. Hubbard 373325 |||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA

In re **Angela Dawn Dyches**, )  Case No. **14-60525-EJC**
     Debtor )
**Angela Dawn Dyches** )  Chapter **13**
     Plaintiff )
 )
     v. )  Adv. Proc. No.
**TitleMax of Georgia, Inc.** )
     Defendant )

## COMPLAINT TO RECOVER VEHICLE

Comes now ANGELA DAWN DYCHES, Debtor in the above styled action and files this Complaint to Recover Vehicle showing the Court the following:

1.

TitleMax of Georgia, Inc. repossessed a 2005 Toyota Camry automobile on September 29, 2014. Debtor filed a Chapter 13 Bankruptcy on October 1, 2014.

2.

Debtor needs the vehicle in order to work, go to her doctor's appointments and to provide transportation for her and her child.

3.

The plan provides for payment of the debt to TitleMax of Georgia, Inc. in full. Creditor will not be harmed by returning the vehicle to Debtor.

WHEREFORE, Debtor requests that the Court enter an order authorizing the Creditor to return the vehicle to the Debtor.

Respectfully submitted,

/s/ Evelyn S. Hubbard
Evelyn Hubbard

Evelyn S. Hubbard
P O Box 1704
Sylvania, GA 30467
912 5645 7421
Bar# 373325

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re **Angela Dawn Dyches** , ) | Case No. | **14-60525-EJC** |
| Debtor ) | | |
| **Angela Dawn Dyches** ) | Chapter | **13** |
| Plaintiff ) | | |
| ) | | |
| v. ) | Adv. Proc. No. | |
| **TitleMax of Georgia, Inc.** ) | | |
| Defendant ) | | |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>October 1, 2014</u> a copy of the <u>Adversary Proceeding Cover Sheet</u> was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below:

O. Byron Meredith, III
PO Box 10556
Savannah, GA 31412

TitleMax of Georgia, Inc.
109 Northside Dr., E
Statesboro, GA 30458

/s/ Evelyn S. Hubbard
Evelyn S. Hubbard 373325
106 E. Ogeechee Street
PO Box 1704
Sylvania, GA 30467
Phone: (912) 564-7421
Fax: (912) 564-2746

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

ANGELA DAWN DYCHES

Chapter: 13

vs.

TITLEMAX OF GEORGIA, INC.

Case No.: 14-60525

Adversary Proceeding No.: _____

## DISCLOSURE STATEMENT
### S.D. Ga LR 7.1.1

The undersigned, counsel of record for _____ANGELA DAWN DYCHES_____ certifies that the following is a full and complete list of the parties in this action:

| Name | Identification and Relationship |
|---|---|
| ANGELA DAWN DYCHES | PLAINTIFF/DEBTOR |
| TITLEMAX OF GEORGIA, INC. | DEFENDANT/CREDITOR |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| Name | Identification and Relationship |
|---|---|
| O. BYRON MEREDITH, III | TRUSTEE |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| Name | Identification, Relationship and Interests |
|---|---|
|  |  |

Dated: 10/01/2014

By: s/ EVELYN S. HUBBARD

Attorney Name: EVELYN S. HUBBARD

Address: PO BOX 1704

City: SYLVANIA   State: GA   Zip: 30467

Telephone: 912-564-7421   Bar ID: 373325